## Commonwealth *v.* Burnet, Appellant.

Argued June 9, 1969. *Harry L. Green, Jr.,* Assistant Public Defender, for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker,* Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Cain, Appellant.

Submitted June 12, 1969. *John Rogers Carroll,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.